UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00651-MOC

| | |
|---|---|
| In re | ) |
| **LISA DENISE PENNINGTON,** | ) |
| | ) |
| Debtor. | ) |
| | ) |

## **ORDER**

**THIS MATTER** is before the court on notice from the Clerk of the Bankruptcy Court that petition has failed to file the designation of items she wants included in the Record on Appeal and a Statement of Issues, as required by Fed.R.Bankr.P. 8006. Petitioner is represented by counsel, Sean T. Dillenbeck.

Petitioner is advised that she has 14 days from the filing of this Order to fully comply with the requirements of Fed.R.Bankr.P. 8006. Failure to so comply will result in the dismissal of the appeal.

Signed: December 18, 2013

Max O. Cogburn Jr.
United States District Judge