UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00651-MOC

| | | |
|---|---|---|
| IN RE: | ) | |
| **LISA DENISE PENNINGTON,** | ) | |
| | ) | **ORDER** |
| Debtor. | ) | |
| | ) | |

**THIS MATTER** is before the court on review of compliance with the Bankruptcy Scheduling Order, entered January 23, 2014, by this court. By such Order, appellant/debtor was directed to file her Appellate Brief not later than February 10, 2014. Review of the docket on February 11, 2014, reveals that appellant has neither filed her brief by such date nor requested additional time within which to so file. See Fed.R.Civ.P. 6. Appellant is represented by counsel.

**ORDER**

**IT IS, THEREFORE, ORDERED** that this appeal is **DISMISSED WITHOUT PREJUDICE** for appellant's failure to file her supporting brief within the time allowed.

Signed: 2/18/2014

Max O. Cogburn Jr.
United States District Judge