# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Lisa Denise Pennington, | ) | JUDGMENT IN CASE |
| | ) | |
| Appellant, | ) | 3:13-cv-00651-MOC |
| | ) | |
| vs. | ) | |
| | ) | |
| US Bankruptcy Administrator - Charlotte, | ) | |
| Appellee | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 18, 2014 Order.

February 18, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court